**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAYK SAAKYAN,<br><br>                    Petitioner,<br><br>       v.<br><br>KELLY SANTORO, Warden,<br><br>                    Respondent. | Case No. LACV 15-1647-RSWL (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: 11/20/2017                    s/ RONALD S.W. LEW
                                                            HONORABLE RONALD S.W. LEW
                                                            UNITED STATES DISTRICT JUDGE