# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYK SAAKYAN, | Case No. LACV 15-1647-RSWL (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/20/2017              s/ RONALD S.W. LEW
                               HONORABLE RONALD S.W. LEW
                               UNITED STATES DISTRICT JUDGE